# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# ASHLAND DIVISION

| | |
|---|---|
| **REBECCA MILLER**, | ) |
| Plaintiff, | ) |
| vs. | ) No. 0:21-CV-00005-HRW |
| **MARATHON PETROLEUM LOGISTICS SERVICES, LLC**, | ) |
| Defendant. | ) |

## AGREED ORDER OF DISMISSAL

Being fully advised that all matters in controversy have been amicably resolved by the parties and upon the agreement of the parties as evident by the undersigned counsels' signatures;

**IT IS ORDERED AND ADJUDGED** that the complaint be dismissed with prejudice, each party to pay their own costs.

This 21st day of October 2021.



Signed By:
*Henry R Wilhoit Jr.*
**United States District Judge**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this the 20th day of October, 2021, I electronically filed with the Clerk of the Court using the Court's electronic filing system ("EFS"). Notice of filing will be performed by the Court's EFS, and the Parties may access the document through the EFS.

*/s/ LaToi D. Mayo*
LaToi D. Mayo